FRANCES A. RADLEY *vs.* T. O'LEARY.

December 9, 1886.

Justice of the Peace — Practice when Title to Real Estate is Involved.—*Goenen* v. *Schroeder*, 8 Minn. 344, (387,) and later cases, followed as to the general rule that to oust a justice of jurisdiction, and make a case for certification to the district court on the ground that title to real estate is involved in proceedings before him, a controversy as to title must appear from *the evidence.*

Appeal by defendant from a judgment of the district court for Murray county, *Perkins,* J., presiding, affirming a justice's judgment from which the defendant had appealed on questions of law alone.

*Daniel Rohrer,* for appellant.

*B. H. Whitney* and *H. C. Grass,* for respondent.

BERRY, J. This is an action to recover leased premises, for non-payment of rent, and is brought, not, as defendant appears to suppose, under Gen. St. 1878, *c.* 75, § 33, but under Gen. St. 1878, *c.* 84, § 11, which relates to forcible entries and unlawful detainers. This statement disposes of much of defendant's brief, especially of that part relating to notice to quit.

Either the case was not tried in a workman-like manner, or the return of the justice does not accurately state what took place on the trial; but, nevertheless, we can gather from the evidence that plaintiff was the owner of and entitled to the possession of the premises, and that defendant, a lessee in possession, was holding the same without paying the rent after it had become due according to the terms of his lease, and had been duly demanded. This state of facts entitled plaintiff to judgment awarding her possession.

There is nothing in the point that the justice had no jurisdiction because title to real estate was involved in the proceedings before him. The evidence tending to show title, and consequent right of possession, in plaintiff was not disputed. It did not then appear from the *evidence* that the title to real estate was *involved,* so as to oust the jurisdiction of the justice, and make out a case for certification to the

district court, under Gen. St. 1878, *c.* 65, § 37; *Goenen* v. *Schroeder*, 8 Minn. 344, (387;) *Merriam* v. *Baker*, 9 Minn. 28, (40;) *Steele* v. *Bond*, 28 Minn. 267, (9 N. W. Rep. 772;) *State* v. *Cotton*, 29 Minn. 187, (12 N. W. Rep. 529.)

Judgment affirmed.